DANIEL G. BOGDEN
United States Attorney
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101
roger.wenthe@usdoj.gov
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA JACKSON, individually and as Special Administrator of the Estate of David C. Collopy,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>          Defendants. | Case No. 2:09-cv-223-PMP-GWF |

### **JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINE**

The parties, by their undersigned counsel, request the Court to reset the deadline for filing the Joint Pretrial Order in this matter by two weeks, from October 8, 2010, to October 22, 2010. In support of their motion the parties state that counsel for the defendants will be out of the office from September 23, 2010, through October 6, 2010. The parties therefore request this two week extension of time.

///

///

///

///

///

1  APPROVED AS TO FORM AND CONTENT:

3  FOR THE PLAINTIFF:                    FOR THE DEFENDANTS:

4                                        DANIEL G. BOGDEN
                                         United States Attorney

6   /s/                                  By  /s/
   John C. Funk                          ROGER W. WENTHE
   Cal J. Potter, III                    Assistant United States Attorney
7  Potter Law Offices                    333 Las Vegas Blvd. So., #5000
   1125 Shadow Ln.                       Las Vegas, Nevada  89101
8  Las Vegas, NV 89102
        Attorneys for Plaintiff                  Attorneys for Defendants

   Dated: September 8, 2010

12  IT IS SO ORDERED.
    [signature]
                                         Date:  September 9, 2010.
13  United States District Judge

2

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

    I, Roger Wenthe, served a copy of the foregoing document today upon the following people by the following methods:

<u>CM/ECF</u>

John C. Funk
Cal J. Potter, III
Potter Law Offices
1125 Shadow Ln.
Las Vegas, NV 89102

Dated: September 8, 2010.

                                              /s/
                                      Roger Wenthe
                                      Assistant United States Attorney