UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA JACKSON, etc., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 2:09-CV-223-PMP-GWF |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| ) | ORDER REFERRING CASE FOR |
| Defendant(s). ) | SETTLEMENT CONFERENCE |
| ) | |

This case is currently stacked on the calendar on **Tuesday, March 15, 2011,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George Foley, Jr**., for a settlement conference.

DATED this 22nd day of October, 2010.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE