# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA JACKSON, individually and as Special Administrator on behalf of the Estate of DAVID C. COLLOPY, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>UNITED STATES, JAMES COATES; UNITED STATES DEPARTMENT OF FISH AND WILDLIFE, <br><br>　　　　Defendants. | Case No. 2:09-cv-00223-PMP-GWF <br><br>**ORDER** <br><br>**Defendants' Unopposed Motion for Exception to Attendance at Settlement Conference (#64)** |

This matter is before the Court on Defendants' Unopposed Motion for exception to Attendance at Settlement Conference (#64), filed January 5, 2011. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion for exception to Attendance at Settlement Conference (#64) is **granted**.

DATED this 6th day of January, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge