1

2

3

4

5                              **UNITED STATES DISTRICT COURT**

6                                   **DISTRICT OF NEVADA**

7

8   JOHN COLLOPY, as the Special              )
    Administrator of the Estate of             )
9   PATRICIA JACKSON, *et al.*,                )       Case No.  2:09-cv-00223-PMP-GWF
                                                )
10             Plaintiffs,                      )
                                                )       **ORDER**
11  vs.                                         )
                                                )       Motion to Strike (#76)
12  UNITED STATES, *et al.*,                    )
                                                )
13             Defendants.                      )
    _____)

14

15         This matter is before the Court on Defendants' Motion to Strike in Part Plaintiff's Supplemental

16  Expert Report (#76), filed March 22, 2011.

17         To date, no party has responded to this motion and the time for opposition has now passed.

18  LR 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file points and authorities in

19  response to any motion shall constitute a consent to the granting of the motion."   As a result, the Court

20  will grant the present motion.  Accordingly,

21         **IT IS HEREBY ORDERED** that Defendants' Motion to Strike in Part Plaintiff's Supplemental

22  Expert Report (#76) is **granted**.  All portions of Plaintiffs' Supplemental Expert Report that discuss

23  Robert and John Collopy's individual damages are **stricken** as Robert and John Collopy are not parties

24  to this action in their individual capacities.

25  . . .

26  . . .

27  . . .

28  . . .

1    **IT IS FURTHER ORDERED** that the hearing on this matter scheduled to take place on

2  Monday, April 25, 2011 is **vacated**.

3    DATED this 19th day of April, 2011.

4

5    _____

6    GEORGE FOLEY, JR.
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28