UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| PATRICIA JACKSON, individually and as Special Administrator of the Estate of David C Collopy,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES COATES, et al,<br><br>    Defendants. | 2:09-CV-00223-PMP-GWF<br><br>**ORDER** |

Before the Court for consideration are Defendants' Motions to Dismiss in Part First Amended Complaint (Docs. #72 and #73) filed April 16, 2011. Plaintiff has failed to file a response to Defendants' motions, and therefore consents to the granting of both. Additionally, a review of Defendants' motions shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendants' Motions for Partial Dismissal of First Amended Complaint (Docs. #72 and #73) are **GRANTED**.

Dated: April 25, 2011.

_____
PHILIP M. PRO
United States District Judge