UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN COLLOPY, as Special Administrator and Co-Special Administrator on behalf of the Estate of David C. Collopy, on behalf of the Estate of Patricia Jackson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES COATES, et al.,<br><br>　　　　Defendants. | 2:09-CV-00223-PMP-GWF<br><br>ORDER |

It appearing that this matter has settled, this case is hereby DISMISSED.

DATED:  December 7, 2011

_____
PHILIP M. PRO
United States District Judge